6 A.3d 1287

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Charles S. RENCHENSKI, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 25, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 25th day of October, 2010, the Application for Leave to File Supplement to Petition for Allowance of Appeal is **DENIED.** The Petition for Allowance of Appeal is **GRANTED,** limited to the following issues:

1. Whether the Superior Court erred in concluding that 42 Pa.C.S. § 9543(b) of the Post Conviction Relief Act (PCRA) applies to delay in litigating a pending PCRA petition?

2. What obligation, if any, does a petitioner have to seek expeditious litigation of his PCRA petition?

The trial court is directed to appoint counsel to assist Petitioner with this appeal.